**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ALFRED D WRATHER<br><br>Debtor(s) | Case No. 10-33053 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2010.

2) The plan was confirmed on 10/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/13/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2011, 10/06/2011, 02/27/2012.

5) The case was completed on 08/21/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,489.00.

10) Amount of unsecured claims discharged without payment: $118,704.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $51,906.00 |
| Less amount refunded to debtor | $292.10 |
| **NET RECEIPTS:** | **$51,613.90** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,571.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,452.30 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,024.00** |

Attorney fees paid and disclosed by debtor:     $928.30

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANTAGE ASSETS INC | Unsecured | 1,972.00 | 1,972.64 | 1,972.64 | 655.36 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 6,475.00 | 6,475.88 | 6,475.88 | 2,163.14 | 0.00 |
| AMERICAN GENERAL FINANCE | Secured | 2,170.00 | 0.00 | 2,478.00 | 2,478.00 | 195.43 |
| AMERICAN GENERAL FINANCE | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS ~ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS ~ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS ~ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 861.00 | 861.90 | 861.90 | 286.34 | 0.00 |
| CITGO OIL/CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 1,972.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 95,852.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | NA | 10,903.59 | 12,086.04 | 12,086.04 | 0.00 |
| CITIMORTGAGE | Secured | 60,000.00 | 165,231.75 | 176,135.34 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 2,418.00 | 2,418.47 | 2,418.47 | 803.47 | 0.00 |
| DISCOVER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPONT FIBERS FCU | Unsecured | 481.00 | 480.23 | 480.23 | 159.54 | 0.00 |
| DUPONT FIBERS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPONT FIBERS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPONT FIBERS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPONT FIBERS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL CU | Unsecured | 0.00 | 565.61 | 565.61 | 187.91 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST FINANCIAL CU | Secured | 10,387.00 | 10,987.85 | 10,387.00 | 10,387.00 | 1,203.21 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LONG BEACH ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | 875.00 | 875.00 | 290.69 | 0.00 |
| MIDLAND FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 442.00 | 370.73 | 370.73 | 123.16 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,448.00 | 1,448.80 | 1,448.80 | 481.32 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 577.00 | 577.82 | 577.82 | 191.96 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,940.00 | 17,541.08 | 10,940.00 | 10,940.00 | 862.69 |
| SANTANDER CONSUMER USA | Unsecured | 6,350.52 | 0.00 | 6,601.08 | 2,193.03 | 0.00 |
| SUBURBAN EMERGENCY | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 1,978.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ILLINOIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ILLINOIS | Unsecured | 275.00 | 302.55 | 302.55 | 100.51 | 0.00 |
| WORLD FINANCIAL NETWK NATL Bl | Unsecured | 2,411.00 | 2,411.33 | 2,411.33 | 801.10 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $176,135.34 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,086.04 | $12,086.04 | $0.00 |
| Debt Secured by Vehicle | $23,805.00 | $23,805.00 | $2,261.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$212,026.38** | **$35,891.04** | **$2,261.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,362.04** | **$8,437.53** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,024.00 |
| Disbursements to Creditors | $46,589.90 |
| **TOTAL DISBURSEMENTS** : | **$51,613.90** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/02/2016        By: /s/ Tom Vaughn
                                                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**